**Electronically Filed
Supreme Court
SCWC-20-0000038
02-MAY-2025
01:34 PM
Dkt. 13 OGAC**

SCWC-20-0000038

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WLLIAM S. PERREIRA,
Petitioner/Plaintiff-Appellant,

vs.

GERTRUDE B. PERREIRA n.k.a. GERTRUDE B. HAIA,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000038 and CAAP-21-0000107; CASE NO. FC-D 88-279)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner William S. Perreira's Application for Writ of Certiorari, filed on March 21, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 2, 2025.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens

